June 16, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

KOJUAN  J MILES, Appellant

NO. 14-14-00155-CR                              V.

THE STATE OF TEXAS, Appellee

---

This cause was heard on the transcripts of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of reformation by this Court.    Therefore, the judgment of conviction is **MODIFIED**, to delete the following paragraph:

Cumulation Order.

The Court ORDERS that the sentence in this conviction shall run consecutively and shall begin only when the judgment and sentence in the following case has ceased to operate: Cause Number 1323841, a judgment dated 2/11/14 ordering a sentence of 7 years for the offense of SEXUAL ASSAULT OF A CHILD 14–17 YEARS OF AGE, in the 185th DISTRICT COURT.

TEX. CODE CRIM. PROC. art. 42.01 § 1(19).

The Court orders the judgment **AFFIRMED** as **MODIFIED**.

We further order this decision certified below for observance.